Lisa D. JORDAN, Plaintiff—Appellant,

v.

FOUNDERS FEDERAL CREDIT
UNION, Defendant—
Appellee.

No. 04–2139.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 24, 2005.

Decided: March 4, 2005.

Lisa D. Jordan, Appellant pro se.

Regina Hollins Lewis, Nexsen Pruet, Columbia, South Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lisa D. Jordan appeals the district court's order accepting the recommendation of the magistrate judge denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jordan v. Founders Federal Credit Union,* No. CA–03–1923–0–17BD (D.S.C. filed Aug. 5, 2004 & entered Aug. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*